IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| HENRY L. GUPTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:07-cv-185 |
| ) | |
| MICHAEL O. LEAVITT, in his official ) | |
| capacity as Secretary of the United States ) | |
| Department of Health and Human ) | |
| Services, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

This civil action is before the court on the parties' dispositive motions. For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, it is hereby **ORDERED** that the defendant's "Motion to Dismiss, or in the Alternative, for Summary Judgment" [doc. 7], is **GRANTED**, the plaintiff's cross motion for summary judgment [docs. 14 and 15] is **DENIED**. and this civil action is **DISMISSED**.

ENTER:

*s/ Leon Jordan*
United States District Judge

ENTERED AS A JUDGMENT
*s/ Patricial L. McNutt*
Clerk of Court